**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CLIFF HANSON,**

    **Petitioner,**

**vs.**                                             **CASE NO. 4:13cv16-MW/CAS**

**MICHAEL D. CREWS,** [1]

    **Respondent.**
_____/

**O R D E R**

Petitioner, an inmate proceeding pro se, has filed a petition for writ of habeas corpus pursuant to Title 28 U.S.C. § 2254. Doc. 1. Petitioner has failed, however, to pay the required $5.00 filing fee or, alternatively, to file an application for leave to proceed in forma pauperis (IFP). Review of Petitioner's petition will be deferred until the $5.00 filing fee is paid or an application for leave to proceed in form pauperis is submitted.

---

[1] The Clerk of Court shall substitute Michael D. Crews as Secretary of the Florida Department of Corrections in place of Kenneth Tucker. Michael Crews became Secretary on December 17, 2012, and shall be automatically substituted pursuant to FED. R. CIV. P. 25(d).

Accordingly, it is **ORDERED:**

1. The Clerk of Court shall substitute Michael D. Crews as Secretary of the Florida Department of Corrections in place of Kenneth Tucker.

2. The clerk of court shall forward to Petitioner an application for leave to proceed in forma pauperis.

3. Petitioner shall have until **March 21, 2013,** to either file an application for leave to proceed in forma pauperis, or pay the $5.00 filing fee.

4. Failure to respond to this Order or future orders as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

**DONE AND ORDERED** on February 21, 2013.

 S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**