IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLIFF O. HANSON,

    Petitioner,

v.                                                  4:13cv16-WS/CAS

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____

ORDER DENYING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed September 28, 2015. See Doc. 34. The magistrate judge recommends that Cliff O. Hanson's petition for writ of habeas corpus be denied. Hanson has filed no objections to the magistrate judge's report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 34) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition (doc. 1) for writ of habeas corpus is DENIED.

3. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this ___5th___ day of ___November___, 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE